# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CASE NO. 3:15 cv 102 - GCM

MICHAEL EUGENE OWENS,
THE PINK HOUSE AT CHARLOTTE,
PINK TIE BALL
DRESS LIKE A WINNER,
OWEN'S HAULING COMPANY,
THE OWENS REPORT,
TIES ON WHEELS,
YOMON,

        PLAINTIFF,

                COMPLAINT FOR INFRINGEMENT OF
                COPYRIGHT AND UNFAIR COMPETITION
                17:501 COPYRIGHT INFRINGEMENT
                THE COLOR "PINK" FOR THE MONTH OF
                OCTOBER AND UNFAIR COMPETITION

V.

MAJOR LEAGUE BASEBALL (MLB),
NATIONAL BASKETBALL ASSOCIATION (NBA),
NATIONAL FOOTBALL LEAGUE (NFL),
NATIONAL HOCKEY LEAGUE (NHL),
ROB MANFRED, MLB COMMISSIONER
ADAM SILVER, NBA COMMISSIONER,
MARK A. TATUM, NBA DEPUTY COMMISSIONER AND COO,
ATTILA GAZDAG, NBA SVP GLOBAL MEDIA DISTRBUTION,
ROGER GOODELL, NFL COMMISSIONER,
DAVE GARDI, NFL SENIOR VICE PRESIDENT OF FOOTBALL
OPERATIONS,
TROY VINCENT, NFL EXECUTIVE VICE PRESIDENT OF FOOTBALL
OPERATIONS,
PAUL J. TAGILABUE, NFL NATIONAL FOOTBALL LEAGUE, INC.,
GARY B. BATTMAN, NHL COMMISSIONER,
SCOUT DAN MARR, NHL DIRECTOR OF CENTRAL SCOUTING,

JOHN O'NEILL, NHL NETWORK DIRECTOR OF ADVERTISING SALES,
COLIN CAPBELL, NHL SENIOR EXECUTIVE VICE PRESIENT OF HOCKEY
OPERATIONS,
JOHN COLLINS, NHL CHIEF OPERATING OFFICIER

DEFENDANTS'S

AFTER OCTOBER 01, 2005, AND CONTINUOUSLY SINCE ABOUT OCTOBER
2014, DEFENDANTS HAS BEEN SELLING AND OTHERWISE MARKETING
THE COLOR "PINK," CLOTHING AND ACCESSORIES AT SPORTING
EVENTS, AND HAS THEREBY BEEN ENGAGING IN UNFAIR TRADE
PRACTICES AND UNFAIR COMPETITION AGAINST PLAINTIFF TO
PLAINTIFF'S IRREPARABLE DAMAGE.

PLEASE BE ADVISE THAT THE FOLLOWING INFORMATION  SHOULD BE
GROUNDS TO PROCEED IN FEDERAL COURT:

FACTUAL BACKGROUND

1.    UPON INFORMATION AND BELIEF, ON SUNDAY, OCTOBER 16, 2005 IN
"THE CHARLOTTE OBSERVER" NEWS PAPER COMPANY,  REPORTER,
PETER ST ONGE WRITTEN A STORY ENTITLED "HE WEARS SILK PINK
TIE FOR MARIANNE. EXHIBIT A

2.    UPON INFORMATION AND BELIEF,  ON JANUARY 18, 2005, PLAINTIFF
FILED "THE PINK HOUSE AT CHARLOTTE" WITH THE REGISTER OF
DEEDS, MECKLENBURG COUNTY, NC, 720 EAST FOURTH STREET,
CHARLOTTE, NC 28202, BOOK: RE 18255 PAGE: 173-174, DOCUMENT NO.
2005010277. EXHIBIT B & EXHIBIT  C

3.    UPON INFORMATION AND BELIEF, ON JANUARY 23, 2007, PLAINTIFF
FILED "PINK TIE BALL" WITH THE REGISTER OF DEEDS,
MECKLENBURG COUNTY, NC 28202, BOOK: RE 21675 PAGE: 988-989,
DOCUMENT NO. 2007014714. EXHIBIT D & EXHIBIT E

4.    UPON INFORMATION AND BELIEF, ON JANUARY 10, 2007, PLAINTIFF
FILED "DRESS LIKE A WINNER" WITH THE REGISTER OF DEEDS,
MECKLENBURG COUNTY, NC 28202, BOOK: RE 22916 PAGE: 912-913,
DOCUMENT NO. 2007207795. EXHIBIT F & EXHIBIT G

5.    UPON INFORMATION AND BELIEF, ON AUGUST 08, 2007, PLAINTIFF
FILED "OWEN'S HAULING COMPANY" WITH THE REGISTER OF DEEDS,
MECKLENBURG COUNTY, NC 28202, BOOK: RE 27704 PAGE: 374-375,
DOCUMENT NO. 2007173644. EXHIBIT H & EXHIBIT I

6. UPON INFORMATION AND BELIEF, ON OCTOBER 03, 2006, PLAINTIFF FILED "THE OWENS REPORT" WITH THE REGISTER OF DEEDS, MECKLENBURG COUNTY, NC 28202, BOOK: RE 21157 PAGE: 752-753, DOCUMENT NO. 2006206541. EXHIBIT J & EXHIBIT K

7. UPON INFORMATION AND BELIEF, ON JANUARY 23, 2007, PLAINTIFF FILED "TIES ON WHEEL" WITH THE REGISTER OF DEEDS, MECKLENBURG, COUNTY, NC 28202, BOOK: RE 21675 PAGE: 990-991, DOCUMENT NO. 2007014715. EXHIBIT L & EXHIBIT M

8. UPON INFORMATION AND BELIEF, ON AUGUST 10, 2007, PLAINTIFF FILED "YOMON" WITH THE REGISTER OF DEEDS, MECKLENBURG, COUNTY, NC 28202, BOOK: RE 22660 PAGE: 571-572, DOCUMENT NO. 2007166150. EXHIBIT N & EXHIBIT O

THE FEDERAL BUREAU OF INVESTIATION (FBI), DEPARTMENT OF FORENSIC SCIENCE CAN VERIFY THE ABOVE INFORMATION.

### WHEREFORE PLAINTIFF DEMANDS:

1. THAT DEFENDANTS, HIS AGENTS, AND SERVANTS BE ENJOINED DURING THE PENDENCY OF THIS ACTION AND PERMANENTLY FROM INFRINGING SAID COPYRIGHT OF SAID PLAINTIFF IN ANY MANNER, AND FROM PUBLISHING, SELLING, MARKETING OR OTHERWISE DISPOSING OF ANY OF THE COLOR "PINK."

2. THAT DEFENDANTS BE REQUIRED TO PAY $1,000,000,000 DOLLARS TO PLAINTIFF SUCH DAMAGES AS PLAINTIFF HAS SUSTAINED IN CONSEQUENCE OF DEFENDANTS'S INFRINGEMENT OF SAID COPYRIGHT AND SAID UNFAIR TRADE PRACTICES AND UNFAIR COMPETITION AND TO ACCOUNT FOR

(A) ALL GAINS, FROFITS AND ADVANTAGES DERVIED BY DEFENDANTS BY SAID TRADE PRACTICES AND UNFAIR COMPETITION.

3. A PRELIMINARY AND PERMANENTLY INJUNCTION AGAINST THE DEFENDANTS FOR COPYRIGHT INFRINGEMENT FOR IMPLORED THE COLOR "PINK," AT ANY SPORTING EVENTS AND OTHER ACTIVITIES.

TO THE HONORABLE, UNITED STATES DISTRICT JUDGE. "GIVEN THE BENEFIT OF THE DOUBT," WE PRAY THAT YOUR HONOR PROCEED TO COURT.

.

**RESPECTFULLY SUBMITTED THIS 2nd DAY OF MARCH 2015.**

**MICHAEL EUGENE OWENS**
**PRO SE**
**7711 SAINT MORITZ LN**
**CHARLOTTE, NORTH CAROLINA 28226**
**TELEPHONE: (704) 541.6677**
**CELL PHONE: (704) 258.0082**
**E-mail: EMOWENS111@AOL.COM**

The Charlotte Observer

7-DAY MENU PLANNER Yummy! Baked Chicken With Feta – and more recipes 2E

# Carolina Living

My Pet World | 2E
**Dogs, cats CAN live together**
With some work, all the members of a new blended family can live together peacefully.

On Style | 4E
**Who pays $1,200 for a purse?**
Thanks to status-driven consumers, high-end handbags have supplanted shoes, jeans and jewelry as the signifier of social standing and hipness.



Coming Monday in Health
**Dangerous on the inhale**
"Dusting" is the term for inhaling a computer keyboard cleaner called Dust-Off. More teens are doing it, and it can be fatal.

IN MY OPINION



Peter St. Onge

## He wears a silk pink tie for Marianne

Marianne wasn't into fancy clothes, like her husband. When they went to weddings together, Michael liked to stop by a clothier first for a nice new tie. Marianne went to the thrift shop. "She was the one who got all the compliments," he says.

Marianne liked simple things, like good coffee in the morning – which Michael didn't drink – and a steak at home on Saturday night. Better than waiting in line somewhere, she used to say. They would call it "Date Night."

Marianne was modest in so many ways, unlike Michael, the flamboyant one, the fashion consultant, always going for the bigger splash, like the pink tie he is wearing right now. It is one of 31 he will wear in October, which is National Breast Cancer Awareness Month, to honor Marianne, who died at 58 two years ago.

Marianne was good for Michael, and he was good for her, the way opposites can be. They shared similarities, certainly. Both were in their 40s when they met 14 years ago. Both were from the Northeast, divorced, with kids. Both liked to laugh and dance.



Marianne

Marianne was battling, the cancer before she met Michael. He was with her through recurrence and remission, through chemotherapy and, finally, the end. "I love my Mikey," Marianne would tell her friends. He loved her back.

So on this day, he wears a woven silk tie, with pink, black and gray stripes. Maybe, he says, other men will want something pink once this month. Already, people have complimented his neckwear, and he tells them about Marianne.

He thinks of her every day, of course, surrounded still by pictures of them together, a warm constellation on the walls of their home. This, however, is different. The value of October is not only breast cancer awareness, not only running or raising money for a cure. It's the opportunity to acknowledge those we've lost, to do so in a special way, big or small. Just as we liked to do when they were with us.

Marianne would have appreciated this gesture, Michael thinks, sipping coffee at his kitchen table. She would have thought it creative, maybe even admirable. "But she would've wanted to know who's paying for those ties," he says, and he tilts his head back, closes his eyes, and laughs.





Marc Woodward is an impersonator who not only sounds like Elvis but also knows how to make the famous jumpsuits.

# Threads of Elvis

*Marc Woodward impersonates the King, but the real flash and cash comes in making those iconic jumpsuits*



Marc Woodward of Matthews performs up to 52 concerts a year, such as the show he recently did at the Transitional Health Service Center in Kannapolis, where he strutted for seniors in one of his designer jumpsuits. Woodward says the secret of being a good Elvis impersonator is to focus on entertaining rather than imitating.

PATRICK SCHNEIDER – STAFF PHOTOS

BY MARK PRICE
Staff Writer

Marc Woodward could have made a nice living if he'd stayed in the used Cadillac business, but something was missing in his life. Something he couldn't put a finger on.

"I remember telling my partners in the car business that I just didn't feel like this was what I was made for," says Woodward, 33. "I felt I wasn't using my God-given talents."

The challenge was, Woodward didn't exactly know what those talents were – until the night he stood up at a south Charlotte karaoke bar and sang "Suspicious Minds," the only Elvis song that non-Elvis fans know.

"I looked after a minute that I was getting this rousing reaction from women," he recalls. "They were clapping and had these expressions on their faces. They were exuberant."

And they wanted more ... for their bachelorette parties, class reunions, fundraisers and supper clubs. They were willing to pay, too.

*This had to be it*, he thought: His God-given talent.

He was half right.

"Doing Elvis helped the (Cadillac) business so much that I started making a big deal out of it," he says. "I bought a jumpsuit on eBay for $300, but when I received it, I just shook my head and thought 'I can't even sew, and I can do better than this.' So I challenged myself to make one."

That was five years ago.

Today, Woodward is one of the nation's most popular makers of Elvis jumpsuits, earning up to $2,500 a suit.

SEE ELVIS | 3E



Marc Woodward (with pet macaw Chico) taught himself to sew back in 2000, and today he is one of the nation's most popular makers of Elvis-style jumpsuits, which sell for up to $2,500. He also makes the belts and accessories.

Elvis fans like Eileen Davis get emotional at shows. Some cry. Others dance and sing.

**STORY BEHIND THE STORY**
We all have one or more hidden talents that could potentially change our life. The hardest among us are people like Marc Woodward, who find a way to use them – and get paid for it.

**Online extras**
Are you lonesome tonight? Check out Marc Woodward's act at WWW.CHARLOTTE.COM/living

Welcome to Short Stories, where readers get a chance to write.

**What finally made you grow up?**
This "sleeping beauty" was asleep more than 50 years old when she woke up...



Marianne
...was healing, the cancer before she met Michael. He was with her through recurrence and remission, through chemotherapy and, finally, the end. "I love my Mikey," Marianne would tell her friends. He loved her back.

So on this day, he wears a wovers silk tie, with pink, black and gray stripes. Maybe, he says, other men will wear something plaid once this month. Already, people have complimented his neckwear, and he tells them about Marianne.

He thinks of her every day, of course, surrounded still by pictures of them together, a warm constellation on the walls of their home. This, however, is different. The value of October is not only breast cancer awareness, not only running or relaxing money for a cure. It's the opportunity to acknowledge those we've lost, to do so in a special way, big or small. Just as we liked to do when they were with us.

Marianne would have appreciated this gesture, Michael thinks, sipping coffee at his kitchen table. She would have thought it creative, maybe even admirable, "that she would've wanted to know who's paying for these ties," he says, and he tilts his head back, closes his eyes, and laughs.


Michael Owens would like men to wear pink at least once in October, as he is for his wife, Marianne.


PATRICK SCHNEIDER – STAFF PHOTOS
Marc Woodward of Matthews performs up to 82 concerts a year, such as the show he recently did at the Transitional Health Service Center in Kannapolis, where he strutted for seniors in one of his designer jumpsuits. Woodward says the secret of being a good Elvis impersonator is to focus on entertaining rather than imitating.

BY MARK PRICE
Staff Writer

Marc Woodward could have made a nice living if he'd stayed in the used Cadillac business, but something was missing in his life. Something he couldn't put a finger on.

"I remember telling my partners in the car business that I just didn't feel like this was what I was made for," says Woodward, 33. "I felt I wasn't using my God-given talents."

The challenge was, Woodward didn't exactly know what those talents were – until the night he stood up at a south Charlotte karaoke bar and sang "Suspicious Minds," the only Elvis song this non-Elvis fan knew.

"I noticed after a mistake that I was getting this rousing reaction from women," he recalls. "They were clapping and had these expressions on their faces. They were coherent."

And they wanted more ... for their bachelorette parties, class reunions, fundraisers and supper clubs. They were willing to pay, too.

This had to be it, he thought: His God-given talent.

He was half right.

"Doing Elvis helped the (Cadillac) business so much that I started making a big deal out of it," he says. "I bought a jumpsuit on eBay for $300, but when I received it, I just shook my head and thought 'I can't even sew, and I can do better than this.' So I challenged myself to make one."

That was five years ago.

Today, Woodward is one of the nation's most popular makers of Elvis jumpsuits, earning up to $2,500 a suit.


Elvis fans Ilsa Eileen Davis get emotional at shows. Some cry. Others dance and sing.

SEE ELVIS | 3E


Marc Woodward (with pet macaw Chico) taught himself to sew back in 2000, and today he is one of the nation's most popular makers of Elvis-style jumpsuits, which sell for up to $2,500. He is also makes the belts and accessories.

**STORY BEHIND THE STORY**
We all have one or more hidden talents that could potentially change our life. The luckiest among us are people like Marc Woodward, who find a way to use them – and get paid for it.

**Online extras**
Are you lonesome tonight? Check out Marc Woodward's act at WWW.CHARLOTTE.COM/living

E X H i b i t   A

## Short Stories

Welcome to *Short Stories*, where readers get a chance to write.

**NEXT QUESTION**
Who was your best roommate?

**SEND US YOUR STORY**
E-mail living@charlotteobserver.com by 1 p.m. Monday. Type "Short Stories" in the subject field. Photographs encouraged.

**THE RULES**
150 words maximum; everything must be true; include your name, town and daytime phone number.

### What finally made you grow up?

This "sleeping beauty" was more than 30 years old when she woke up.

At 19, I moved from my father's house to my husband's house. After 35 years, I watched the marriage I thought would never end end.

All of the things I took for granted disappeared in an instant. I needed to run my own home, manage my own finances and form my own social circle. I learned how to apply for a mortgage, pay bills and plan trips. I bought items and participated in activities that pleased only me.

My growth was like the line in the song *Toyland*: Once you cross its borders, you can ne'er return again.

It was the hardest thing I have ever done but also the most rewarding. I am my own person now and even if I could I would "ne'er return again." — DIANE ST. ANNE, CHARLOTTE

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2005 JAN 18 03:37 PM
BK:18255 PG:173-174 FEE:$14.00

INSTRUMENT # 2005010277



2005010277

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

**Certificate of Assumed Name For A**
**Sole Proprietorship, Partnership or Limited Partnership**

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is:

_THE PINK HOUSE AT CHARLOTTE_

2. The business is a (check one): ☑ Sole Proprietorship    ☐ Partnership    ☐ Limited Partnership

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

_Michael E. Owens,_ 7711 SAINT MORITZ LN
Name (Please Print)      (Street Address, City, State, Zip)

_Charlotte, North Carolina_ 28226
Name (Please Print)      (Street Address, City, State, Zip)

**IN WITNESS WHEREOF**, this certificate is signed by the owner(s) of said business, this _18th_ day of _JANUARY_, 20_05_

_Michael E. Owens_      MICHAEL E. OWENS
Signature      Print Name

_____      _____
Signature      Print Name

State of North Carolina    _Mecklenburg_ County    **Returned to customer**

I, _Heather Lynn Smith_, a Notary Public for County and State, do hereby certify that

_Michael E. Owens_ personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the _18_ day of _January_, 20_05_.

(Official Seal) _Heather Lynn Smith_ My Commission Expires: _8·10·2009_
     Notary Public

HEATHER LYNN SMITH
Mecklenburg County
NOTARY
PUBLIC
EXPIRES
08·10·2009
NORTH CAROLINA

Mail To: _P O Box 470411_

_Charlotte, NC 28247-0411_



## JUDITH A. GIBSON
## REGISTER OF DEEDS, MECKLENBURG
## COUNTY & COURTS OFFICE BUILDING
## 720 EAST FOURTH STREET
## CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | **01/18/2005 03:37 PM** |
| **Book:** | **RE   18255  Page: 173-174** |
| **Document No.:** | **2005010277** |
| | **A/N   2 PGS   $14.00** |
| **Recorder:** | **VALERIE DAVIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State of North Carolina, County of Mecklenburg

The foregoing certificate of  HEATHER LYNN SMITH Notary  is certified to be correct. This 18TH of January 2005

JUDITH A. GIBSON, REGISTER OF DEEDS By: *Jessie Young*
Deputy/Assistant Register of Deeds

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*2005010277*

EXhibit C

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2007 JAN 23 02:35 PM
BK:21675 PG:988-989 FEE:$14.00

INSTRUMENT # 2007014714



2007014714

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

Certificate of Assumed Name For A
Sole Proprietorship, Partnership or Limited Partnership

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is:

*PINK TIE BALL*

2. The business is a (check one): ☑ Sole Proprietorship  ☐ Partnership  ☐ Limited Partnership

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

*Michael E. Owens, PO Box 470411, Charlotte, NC 28247*

Name (Please Print)            (Street Address, City, State, Zip)

_____        _____
Name (Please Print)            (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this _____ day of _____, 20__

*Michael E. Owens*            *MICHAEL E. OWENS*
Signature                 Print Name

_____        _____
Signature                 Print Name

State of North Carolina   *MECKLENBURG* County    **Returned to customer**

I, *DEBRA S. SMITH* _____, a Notary Public for County and State, do hereby certify that

*MICHAEL E. OWENS* _____ personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the *23* day of *Jan*, 20 *07*.

(Official Seal)    *Debra S. Smith*    My Commission Expires: *12·16·2007*
                Notary Public

                Mail To: *SAME*

*EXHIBIT D*



## JUDITH A. GIBSON
### REGISTER OF DEEDS, MECKLENBURG
### COUNTY & COURTS OFFICE BUILDING
### 720 EAST FOURTH STREET
### CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | **01/23/2007 02:35 PM** |
| **Book:** | RE  21675  **Page:** 988-989 |
| **Document No.:** | 2007014714 |
| | **A/N  2 PGS  $14.00** |

**Recorder:**   **JESSIE YOUNG**

```
MECKLENBURG CO REG OF DEEDS
720 EAST FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443

ISSUED TO:
PINK THE BALL/TIRE ON WHEELS

RECEIPT #   1088031
DATE        01/23/2007

TIME    BOOK  PAGE    FEE
02:35 PM 21675 988  2007014714
                          14.00
ASSUMED NAME
02:35 PM 21675 990  2007014715
                          14.00
ASSUMED NAME
                    ==========
Total Amount Due    $28.00
                    ==========
CHECK 1922          28.00
                    ==========
Total Payments:     $28.00

        THANK YOU
     JUDITH A. GIBSON
    REGISTER OF DEEDS
    Deputy: YOUNGJR
```

*2007014714*

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2007 OCT 10 12:23 PM
BK:22916 PG:912-913 FEE:$14.00
INSTRUMENT # 2007207795

2007207795



Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

**Certificate of Assumed Name For A**
**Sole Proprietorship, Partnership or Limited Partnership**

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is: _DRESS LIKE A WINNER_

2. The business is a (check one): ☑ Sole Proprietorship ☐ Partnership ☐ Limited Partnership

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

_PO Box 470411, Charlotte, NC 28247-0411_
Name (Please Print)   (Street Address, City, State, Zip)

_Michael E. Owens_
Name (Please Print)   (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this _____ day of _____, 20___

_Michael Owens_                        _Michael E. Owens_
Signature                               Print Name

_____                        _____
Signature                               Print Name

State of North Carolina   _Union_   County        **Returned to customer**

I, _Patricia Silinski_ _____, a Notary Public for County and State, do hereby certify that

_Michael E Owens_ _____ personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the _10th_ day of _October_, 20_07_.

(Official Seal) _Patricia Silinski_        My Commission Expires: _11 Sept 201_
              Notary Public

Mail To: _E. Michael Owens_

PATRICIA SILINSKI
NOTARY
PUBLIC
UNION COUNTY N.C.

_Exhibit_   _F_   _PO Box 470411, Charlotte, NC 28247-04_



JUDITH A. GIBSON
REGISTER OF DEEDS, MECKLENBURG
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

*********************************************************************************

| | |
|---|---|
| **Filed For Registration:** | 10/10/2007 12:23 PM |
| **Book:** | RE  22916 Page: 912-913 |
| **Document No.:** | 2007207795 |
| | A/N  2 PGS  $14.00 |
| **Recorder:** | GRACE TUCKER |

MECKLENBURG CO REG OF DEEDS
720 EAST FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443
-----------------------------------
ISSUED TO:DRESS LKE A WINNER
-----------------------------------
RECEIPT #   1207906
DATE        10/10/2007
-----------------------------------
TIME    BOOK  PAGE        FEE
-----------------------------------
12:23 PM 22916 912  2007207795
ASSUMED NAME          14.00

===================
Total Amount Due    $14.00

CHECK 2021          14.00
===================
Total Payments:     $14.00

THANK YOU
JUDITH A. GIBSON
REGISTER OF DEEDS
Deputy: TUCKEGW



2007207795

Ex Hibit   G

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2007 AUG 21 03:27 PM
BK:22704 PG:374-375 FEE:$14.00

INSTRUMENT # 2007173644



2007173644

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

Certificate of Assumed Name For A
Sole Proprietorship, Partnership or Limited Partnership

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is:

OWEN'S HAuling ComPANY

2. The business is a (check one): ☒ Sole Proprietorship    ☐ Partnership    ☐ Limited Partnership.

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

MichAEl E. OWENS, P O Box 470411, ChARlotte, NC 28247
Name (Please Print)                              (Street Address, City, State, Zip)

_____
Name (Please Print)                              (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this 21st day of Aug., 2007

Michael 3 Owens                          MichAel E. OWENS
Signature                                Print Name

_____          _____
Signature                                Print Name

State of North Carolina    Mecklenburg    County       **Returned to customer**

I, Anita S. Klein, a Notary Public for County and State, do hereby certify that

Michael E. Owens personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the 21st day of August, 20 07.

(Official Seal)    Anita S. Klein    My Commission Expires: 9/14/08
                   Notary Public

Mail To: SAme

EXHibit
H



JUDITH A. GIBSON
REGISTER OF DEEDS, MECKLENBURG
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | **08/21/2007 03:27 PM** |
| **Book:** | **RE  22704  Page: 374-375** |
| **Document No.:** | **2007173644** |
| | **A/N  2 PGS  $14.00** |
| **Recorder:** | **RUBY GABRIEL** |

MECKLENBURG CO REG OF DEEDS
720 EAST FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443

ISSUED TO:
OWEN'S HAULING COMPANY

RECEIPT # 1186040
DATE     08/21/2007

TIME    BOOK PAGE   FEE
03:27 PM 22704 374  2007173644
ASSUMED NAME              14.00

Total Amount Due        $14.00

CHECK 2011               14.00
========================
Total Payments:         $14.00

THANK YOU
JUDITH A. GIBSON
REGISTER OF DEEDS
Deputy: GABRIRJ

**2007173644**

ExHibit J

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2006 OCT 03 12:32 PM
BK:21157 PG:752-753 FEE:$14.00

INSTRUMENT # 2006206541



2006206541

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

**Certificate of Assumed Name For A**
**Sole Proprietorship, Partnership or Limited Partnership**

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is: *THE OWENS REPORT*

2. The business is a (check one): ☑ Sole Proprietorship    ☐ Partnership    ☐ Limited Partnership

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

*P.O. BOX 470411, CHARLOTTE, NC 28247*

Name (Please Print)                                    (Street Address, City, State, Zip)

_____                    _____
Name (Please Print)                                    (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this 3rd day of October, 2006

*Michael J Owens*                    *MICHAEL E OWENS*
Signature                              Print Name

_____      _____
Signature                              Print Name

State of North Carolina  *Mecklenburg*  County          **Returned to customer**

I, *Cindy Emswiler* , a Notary Public for County and State, do hereby certify that
*Michael E. Owens* personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the *3rd* day of *October*, 20 *06*.

(Official Seal)  *Cindy Emswiler*                My Commission Expires: *06-29-2009*
                 Notary Public
                                        Mail To: _____

*CINDY EMSWILER*
*NOTARY*
My Comm. Exp.
06-29-2009
*PUBLIC*
*UNION COUNTY, N.C.*

*EXHIBIT √*



JUDITH A. GIBSON
REGISTER OF DEEDS, MECKLENBURG
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | **10/03/2006 12:32 PM** |
| **Book:** | **RE   21157  Page: 752-753** |
| **Document No.:** | **2006206541** |
| | **A/N   2 PGS   $14.00** |
| **Recorder:** | **KIMEKIA PROCTOR** |

```
MECKLENBURG CO REG OF DEEDS
     720 EAST FOURTH STREET
       CHARLOTTE, NC 28202
          (704)336-2443
-----------------------------------
ISSUED TO:OWENS REPORT
-----------------------------------
RECEIPT #   1040280
DATE        10/03/2006
-----------------------------------
TIME    BOOK  PAGE        FEE
-----------------------------------
12:32 PM 21157 752  2006206541
ASSUMED NAME              14.00
                      ============
Total Amount Due        $14.00

CASH                     20.00
                      ============
 Total Payments:        $20.00
 Change Issued:          $6.00

        THANK YOU
       JUDITH A. GIBSON
     REGISTER OF DEEDS
      Deputy: PROCTKT
```



2006206541

EXHibit K



FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2007 JAN 23 02:35 PM
BK:21675 PG:990-991 FEE:$14.00
INSTRUMENT # 2007014715

2007014715

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

**Certificate of Assumed Name For A**
**Sole Proprietorship, Partnership or Limited Partnership**

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is:

_TIES ON Wheels_

2. The business is a (check one): ☑ Sole Proprietorship   ☐ Partnership   ☐ Limited Partnership

3. The name(s) and address(es) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

_Michael E. Owens, 7711 Saint Moritz Ln, Charlotte NC_
Name (Please Print)     (Street Address, City, State, Zip)     _28226_
     _m30_

_____     _____
Name (Please Print)     (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this _____ day of _____, 20___

_Michael P. Owens_     _Michael E. Owens_
Signature     Print Name

_____     _____
Signature     Print Name

State of North Carolina   _Mecklenburg_ County     **Returned to customer**

I _Debra S. Smith_, a Notary Public for County and State, do hereby certify that

_Michael E. Owens_ personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the _23rd_ day of _Jan_, 20 _07_.

_Debra S. Smith_     My Commission Expires: _12 16 2007_
Notary Public

_ExHibit_     Mail To: _Same_
_L_



JUDITH A. GIBSON
REGISTER OF DEEDS, MECKLENBURG
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

***************************************************************************************************

| | |
|---|---|
| **Filed For Registration:** | 01/23/2007 02:35 PM |
| **Book:** | RE 21675 **Page:** 990-991 |
| **Document No.:** | 2007014715 |
| | A/N 2 PGS $14.00 |
| **Recorder:** | JESSIE YOUNG |



2007014715

EXHIBIT M

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2007 AUG 10 02:24 PM
BK:22660 PG:571-572 FEE:$14 00

INSTRUMENT # 2007166150



2007166150

Mail Completed Form To:
Mecklenburg County Register of Deeds
720 East Fourth Street
Charlotte, NC 28202
Filing Fee: $14.00

**Certificate of Assumed Name For A**
**Sole Proprietorship, Partnership or Limited Partnership**

State of North Carolina
County of Mecklenburg

1. The assumed name under which business will be conducted is:

_YOMON_

2. The business is a (check one): ☐ Sole Proprietorship  ☒ Partnership  ☐ Limited Partnership

3. The name(s) and address(s) of all owners of said business are (owner for sole proprietorship; general partners for all partnership(s):

Michael K. Owens, PO Box 470411, Charlotte, NC 28247
Name (Please Print)                                     (Street Address, City, State, Zip)

Michael A. Owens, 19 Ardmore Ave., Shillington, PA 19607
Name (Please Print)                                     (Street Address, City, State, Zip)

IN WITNESS WHEREOF, this certificate is signed by the owner(s) of said business, this _10th_ day of _August_, 20_07_.

_Michael K. Owens_                    Michael K. OWENS
Signature                              Print Name

_____                _____
Signature                              Print Name

State of North Carolina    _Mecklenburg_ County        **Returned to customer**

I, _Rachelle G. Hauss_, a Notary Public for County and State, do hereby certify that
_Michael E. Owens_ personally appeared before me this day and
acknowledged the due execution of the foregoing instrument for the purpose therein expressed.

Witness my hand and official seal, this the _10_ day of _August_, 20_07_.

(Official Seal) _Rachelle G. Hauss_   My Commission Expires: _5-29-12_
                Notary Public

Mail To: _____

Ex HibiX N     _____



JUDITH A. GIBSON
REGISTER OF DEEDS, MECKLENBURG
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE, NC 28202

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of the recorded document, and must be submitted with original for re-recording and/or cancellation.

*******************************************************************************

| | |
|---|---|
| **Filed For Registration:** | 08/10/2007 02:24 PM |
| **Book:** | RE 22660 Page: 571-572 |
| **Document No.:** | 2007166150 |
| | A/N 2 PGS $14.00 |
| **Recorder:** | **ROBIN MADDOX** |



MECKLENBURG CO REG OF DEEDS
720 EAST FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443

ISSUED TO:MICHAEL OWENS

RECEIPT # 1181310
DATE 08/10/2007

TIME BOOK PAGE FEE

02:24 PM 22660 571 2007166150
ASSUMED NAME 14.00

Total Amount Due $14.00

CHECK 2001 14.00

Total Payments: $14.00

THANK YOU
JUDITH A. GIBSON
REGISTER OF DEEDS
Deputy: MADDOR

2007166150

 Exhibit O

MARCH 03, 2015

MICHAEL EUGENE OWEN
7711 SAINT MORITZ LN
CHARLOTTE, NC 28226

TO WHOM IT MAY CONCERN:

DEFENDANTS'S NAMES & ADRESSES:

1.  MR. ROB MANFRED, MLB COMMISSIONER
    MAJOR LEAGUE BASEBALL
    245 PARK AVENUE
    NEW YORK, NY 10167

2.  MR. ADAM SILVER, NBA COMMISSIONER
    NATIONAL BASKETBALL ASSOCIATION
    OLLMPIC TOWER
    645 5th AVENUE
    NEW YORK, NY 10022

3.  MR. ROGER GOODELL, NFL COMMISSIONER
    NATIONAL FOOTBALL LEAGUE
    345 PARK AVENUE
    NEW YORK, NY 10065

4.  MR. GARY B. BATTMAN, NHL COMMISSIONER
    NATIONAL HOCKEY LEAGUE
    1251 AVENUE OF THE AMERCAS
    NEW YORK, NY 10020

SINCERELY,

MICHAEL EUGENE OWENS